# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02117-NYW

DANIELO MORENO LUJAN,

      Petitioner,

v.

JUAN BALTAZAR, the Warden,
GEORGE VALDEZ,
TODD LYONS, the ICE Director, and
TODD BLANCHE, The Attorney General,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on July 28, 2026 [Doc. 19], it is

ORDERED that in light of the representations in the Status Report [Doc. 18], Petitioner's remaining claims are DENIED as moot. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that Petitioner shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 28th day of July, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk